**WHITE AND WILLIAMS LLP**
The Legal Center, One Riverfront Plaza
1037 Raymond Boulevard, Suite 230
Newark, New Jersey 07102-5425
(201) 368-7200
*Attorneys for Defendants, The Paul Revere Life Insurance Company and Unum Group*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BERNADETTA F. MESSANA, DMD<br><br>Plaintiff,<br><br>v.<br><br>THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP,<br><br>Defendants. | Civil Action No.: 2:16-cv-04123<br><br>**STIPULATION AND ORDER OF DISCONTINUANCE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that the above action is hereby dismissed in its entirety with prejudice and without payment of costs or attorneys' fees by any party as against each other.

Dated:

BONNY G. RAFEL, LLC
*Attorneys for Plaintiff,*
*Bernadetta F. Messana, DMD*

BY: _____
Bonny G. Rafel, Esq.

WHITE AND WILLIAMS LLP
*Attorneys for Defendants,*
*The Paul Revere Life Insurance Company and Unum Group*

BY: _____
Robert T. Pindulic, Esq.

SO ORDERED:

4/6/17 _____
HON. MADELINE COX ARLEO, U.S.D.J.

18628982v.1